| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SIM, AUDREY, MARIE** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AUDREY MARIE STIRNEMAN**<br>**AUDREY MARIE HUDDLESTON** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **XXX-XX-7853** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**300 BUCKINGHAM DRIVE**<br>**ALGONQUIN, IL**<br><br>ZIP CODE **60102** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**MCHENRY** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s) **AUDREY MARIE SIM** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **N.D. ILL WESTERN DIVISION** | Case Number: **09-46876 Audrey Marie Stirneman** | Date Filed: **11/24/2009** |
| Location Where Filed: **ND. ILL EASTERN DIVISION** | Case Number: **09-75221 Audrey Marie Stirneman** | Date Filed: **11/24/2009** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X  **Not Applicable** _____ <br> Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br> ☐  Yes, and Exhibit C is attached and made a part of this petition. <br> ☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. <br><br> ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br> _____ <br> (Address of landlord) <br><br> ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **AUDREY MARIE SIM** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ AUDREY MARIE SIM**
Signature of Debtor    **AUDREY MARIE SIM**

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
**12/10/2010**
Date

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **/S/MATTHEW M. LITVAK**
Signature of Attorney for Debtor(s)

**MATTHEW M. LITVAK, ESQ.   Bar No.  6208529**
Printed Name of Attorney for Debtor(s) / Bar No.

**LAW OFFICE OF MATTHEW M. LITVAK**
Firm Name

**155 N. HARBOR DRIVE #4301**
Address

**CHICAGO, IL 60601**

**312-337-8131            888-560-8011**
Telephone Number

**12/10/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
### Northern District of Illinois

In re  **AUDREY MARIE SIM**                                    ,          Case No. _____
_____
                                        Debtor

                                                      Chapter   _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    1.805.680.00 | | |
| B - Personal Property | YES | 4 | $      26.346.22 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 5 | | $    4.550.418.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $      99,081.02 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $    2.809.524.09 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $      3.451.73 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $      7.515.20 |
| TOTAL | | 40 | $  1,832,026.22 | $  7,459,023.24 | |

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re   **AUDREY MARIE SIM**                                         Case No.

 Debtor                                                                           *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/08) – Cont.**

    ❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ❑   Active military duty in a military combat zone.

    ❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

       **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **s/ AUDREY MARIE SIM**
                     **AUDREY MARIE SIM**

Date:  **12/10/2010**

B6A (Official Form 6A) (12/07)

In re:    **AUDREY MARIE SIM**                                                      Case No. _____
                                                                                                    (If known)
                          Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1425 MERCHANT DRIVE, ALGONQUIN, IL.  COMMERCIAL CONDOMINIUM. DEBTOR HELD 60% OF THE SHARES OF ALL SMILES, P.C. WHICH OWNED THE COMMERCIAL CONDOMINIUM. DEBTOR'S DECREE OF DIVORCE (05/01/2010) AWARDED HER INTEREST IN ALL SMILES, P.C. TO TIMOTHY STIRNEMAN.  DEBTOR HAS NEVER EXECUTED AN ASSIGNMENT OF HER SHARES.** | **Co-Owner** | | **$1,440,000.00** | **$3,170,396.67** |
| **DEBTOR'S RESIDENCE, 300 BUCKINGHAM DRIVE, ALGONQUIN, IL 60102**<br><br>**PIN# 19-29-377-010** | **Fee Owner** | | **$ 350,000.00** | **$ 429,154.81** |
| **TIME SHARE INTEREST, SARATOGA SPRINGS RESORT, DISNEY WORLD, FL, DISNEY VACATION DEVELOPMENT, INC. 200 CELEBRATION PLACE CELEBRATION, FL 34747 JOINTLY OWNED WITH TIMOTHY STIRNEMAN.  DEBTOR'S DECREE OF DIVORCE (05/01/2010) TRANSFERRED HER INTEREST IN THIS PROPERTY TO TIMOTHY STIRNEMAN,  DEBTOR HAS NEVER EXECUTED AN ASSIGNMENT OF HER SHARES.** | **Co-Owner** | **J** | **$ 15,680.00** | **$ 24,692.68** |
| | Total ➢ | | **$1,805,680.00** | |

(Report also on Summary of Schedules.)

**B6B (Official Form 6B) (12/07)**

In re   **AUDREY MARIE SIM** _____,   Case No. _____
Debtor   (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH AND COINS** | | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **DEBTOR'S CHECKING ACCOUNT, #XXX8106 HOME STATE BANK, 40 GRANT STREET, CRYSTAL LAKE, IL 60014** | | **159.34** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **DEBTOR'S SAVINGS ACCOUNT, #XXX8120 HOME STATE BANK, 40 GRANT STREET,  CRYSTAL LAKE, IL 60014** | | **36.88** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **DEBTOR'S HOUSEHOLD GOODS AND FURNISHINGS. COUCHES, TABLE, CHAIRS, BEDROOM SET, DRESSER, 2 SMALL FLAT SCREEN Tv's, SUBZERO REFRIGERATOR, MAYTAG WASHER AND DRYER,  VACUUM CLEANER,** | | **3,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **BOOKS, MUSIC, MOVIES ON DVD.** | | **50.00** |
| 6. Wearing apparel. | | **DEBTOR'S NECESSARY WEARING APPAREL AND BUSINESS ATIRE, IN DEBTOR'S POSSESSION.** | | **500.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **ARTS AND CRAFTS SUPPLIES, SCRAPBOOKING SUPPLIES, FLUTE, PEDAL BIKE,  LAWNMOWER, LEAF BLOWER, GARDEN TILLER, GARDENING HAND TOOLS** | | **50.00** |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **BLUE CROSS BLUE SHIELD HEALTH INSURANCE POLICY 890532668** | | **0.00** |
| Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **GREAT WEST LIFE AND ANNUITY, TERM LIFE INSURANCE POLICY,  NO SURRENDER VALUE, # 37298 / 104TLP** | | **0.00** |
| Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **PROPERTY LOSS AND LIABILITY POLICY ISSUED BY STATE FARM INSURANCE 13-032-5507-4 FOR DEBTOR'S RESIDENCE AND AUTO.  NO SURRENDER VALUE** | | **0.00** |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **AUDREY MARIE SIM**                                                                      ,          Case No. _____

_____Debtor_____                                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **DEBTOR HELD 50% OF THE SHARES OF T & A HOLDINGS, INC.  DEBTOR'S DECREE OF DIVORCE (05/01/2010) AWARDED HER INTEREST IN T & A HOLDINGS, INC. TO TIMOTHY STIRNEMAN. DEBTOR HAS NEVER EXECUTED AN ASSIGNMENT OF HER SHARES.** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **DEBTOR HELD 60% OF THE SHARES OF ALL SMILES DENTAL, P.C.  DEBTOR'S DECREE OF DIVORCE (05/01/2010) AWARDED HER INTEREST IN ALL SMILES, P.C. TO TIMOTHY STIRNEMAN. DEBTOR HAS NEVER MADE AN ASSIGNMENT OF HER SHARES.** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **100% SHAREHOLDER OF ALGONQUIN SMILES, P.C.; 785 S. RANDALL ROAD, ALGONQUIN, IL 60102, WHICH OPERATES UNDER THE FOLLOWING ASSUMED NAMES, ALL SMILES DENTAL WEST AND ALL SMILES BY DR. AUDREY.** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **DEBTOR HELD 50% OF THE SHARES OF T & A LEASING, INC.  DEBTOR'S DECREE OF DIVORCE (05/01/2010) AWARDED HER INTEREST IN T & A LEASING, INC. TO TIMOTHY STIRNEMAN.. DEBTOR HAS NEVER EXECUTED AN ASSIGNMENT OF HER SHARES.** | | **0.00** |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **AUDREY MARIE SIM** _____,   Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | **RIGHT TO INDEMNIFICATION AND HOLD HARMLESS AGREEMENT AGAINST TIMOTHY STIRNEMAN ARISING OUT OF DEBTOR'S JOINT OWNERSHIP OF ALL SMILES DENTAL, T & A LEASING  AND T&A HOLDINGS, LLC.  RIGH OF INDEMNIFICATION AND RIGHT OF ACTION FOR CONTRIBUTION FOR INCOME TAXES AND TRUST FUND TAXES AGAINST TIMOTHY STIRNEMAN INCURRED DURING THE MARRIAGE OF THE DEBTOR AND DURING THE OPERATION AND OWNERSHIP OF ALL SMILES DENTAL P.C., T & A LEASING AND T & A HOLDING, LCC.** | | **0.00** |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 TOYOTA RAV4** | | **21,900.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **DOMESTIC HOUSE CAT** | | **0.00** |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | **HAND TOOLS, CIRCULAR SAW, DRILL** | | **100.00** |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **AUDREY MARIE SIM** _____,          Case No. _____

                                        **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |

<u>3</u>  continuation sheets attached                    Total ➢          **$ 26,346.22**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **AUDREY MARIE SIM**                                                    ,        Case No. _____
                        Debtor                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                    $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 100% SHAREHOLDER OF ALGONQUIN SMILES, P.C.; 785 S. RANDALL ROAD, ALGONQUIN, IL 60102, WHICH OPERATES UNDER THE FOLLOWING ASSUMED NAMES, ALL SMILES DENTAL WEST AND ALL SMILES BY DR. AUDREY. | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| ARTS AND CRAFTS SUPPLIES, SCRAPBOOKING SUPPLIES, FLUTE, PEDAL BIKE, LAWNMOWER, LEAF BLOWER, GARDEN TILLER, GARDENING HAND TOOLS | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| BOOKS, MUSIC, MOVIES ON DVD. | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| CASH AND COINS | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| DEBTOR'S CHECKING ACCOUNT, #XXX8106 HOME STATE BANK, 40 GRANT STREET,  CRYSTAL LAKE, IL 60014 | 735 ILCS 5/12-1001(b) | 159.34 | 159.34 |
| DEBTOR'S HOUSEHOLD GOODS AND FURNISHINGS. COUCHES, TABLE, CHAIRS, BEDROOM SET, DRESSER, 2 SMALL FLAT SCREEN Tv's, SUBZERO REFRIGERATOR, MAYTAG WASHER AND DRYER,  VACUUM CLEANER, | 735 ILCS 5/12-1001(b) | 3,500.00 | 3,500.00 |
| DEBTOR'S NECESSARY WEARING APPAREL AND BUSINESS ATIRE, IN DEBTOR'S POSSESSION. | 735 ILCS 5/12-1001(a),(e) | 500.00 | 500.00 |
| DEBTOR'S RESIDENCE, 300 BUCKINGHAM DRIVE, ALGONQUIN, IL 60102  PIN# 19-29-377-010 | 735 ILCS 5/12-901 | 0.00 | 350,000.00 |

B6C (Official Form 6C) (12/07) - Cont.

In re  **AUDREY MARIE SIM**                                              Case No. _____
                              Debtor                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **DEBTOR'S SAVINGS ACCOUNT, #XXX8120 HOME STATE BANK, 40 GRANT STREET,  CRYSTAL LAKE, IL 60014** | **735 ILCS 5/12-1001(b)** | **36.88** | **36.88** |
| **RIGHT TO INDEMNIFICATION AND HOLD HARMLESS AGREEMENT AGAINST TIMOTHY STIRNEMAN ARISING OUT OF DEBTOR'S JOINT OWNERSHIP OF ALL SMILES DENTAL, T & A LEASING  AND T&A HOLDINGS, LLC.  RIGH OF INDEMNIFICATION AND RIGHT OF ACTION FOR CONTRIBUTION FOR INCOME TAXES AND TRUST FUND TAXES AGAINST TIMOTHY STIRNEMAN INCURRED DURING THE MARRIAGE OF THE DEBTOR AND DURING THE OPERATION AND OWNERSHIP OF ALL SMILES DENTAL P.C., T & A LEASING AND T & A HOLDING, LCC.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |

**B6D (Official Form 6D) (12/07)**

In re  **AUDREY MARIE SIM**_____.    Case No. _____
　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑　　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  XX0001<br><br>**CHARTER ONE BANK**<br>**1215 SUPERIOR AVE.**<br>**CLEAVELAND, OH 44114-3299** | X | | **Security Agreement**<br>**DEBTOR HELD 60% OF THE SHARES OF ALL SMILES DENTAL, P.C.  DEBTOR'S DECREE OF DIVORCE (05/01/2010) AWARDED HER INTEREST IN ALL SMILES, P.C. TO TIMOTHY STIRNEMAN.. DEBTOR HAS NEVER MADE AN ASSIGNMENT OF HER SHARES.**<br><br>**VALUE $0.00** | | X | | 3,170,396.67 | 0.00 |
| ACCOUNT NO.  XXXX4808<br><br>**DCVMC ASSOCIATION MANAGER**<br>**POB 277090**<br>**ATLANTA, GA 30384** | | | **Mortgage**<br>**TIME SHARE INTEREST, SARATOGA SPRINGS RESORT, DISNEY WORLD, FL, DISNEY VACATION DEVELOPMENT, INC.**<br>**200 CELEBRATION PLACE CELEBRATION, FL 34747 JOINTLY OWNED WITH TIMOTHY STIRNEMAN. DEBTOR'S DECREE OF DIVORCE (05/01/2010) TRANSFERRED HER INTEREST IN THIS PROPERTY TO TIMOTHY STIRNEMAN, DEBTOR HAS NEVER EXECUTED AN ASSIGNMENT OF HER SHARES.**<br><br>**VALUE $15,680.00** | | | | 24,692.68 | 9,012.68 |

4　　continuation sheets
　　attached

Subtotal　➤　　　　　　　　　　　$ 3,195,089.35 |$　　9,012.68
(Total of this page)

Total　➤　　　　　　　　　　　$　　　　　　　　|$
(Use only on last page)

(Report also on Summary of　(If applicable, report
Schedules)　　　　　　　also on Statistical
　　　　　　　　　　　　Summary of Certain
　　　　　　　　　　　　Liabilities and
　　　　　　　　　　　　Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **AUDREY MARIE SIM**                                          .        Case No.   _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  XXXX2657 <br><br> **DELAGE FINANCIAL SERVICES, INC.** <br> **1111 OLD EAGLE ROAD** <br> **WAYNE, PA 19087** | | | **Security Agreement** <br> **CREDITOR HOLDS A SECURED INTEREST IN PROPERTY USED BY DEBTOR IN FORMER DENTAL PRACTICE, DENTAL TOOLS, FIXTURES AND EQUIPMENT, OWNED BY ALL SMILES DENTAL, P.C.  AND LOCATED AT 1452 MERCHANT DRIVE, ALGONQUIN, IL.** <br><br> **VALUE $0.00** | X | | | 23,185.73 | 0.00 |
| ACCOUNT NO. <br><br> **LYONS FINANCIAL SERVICES INC. dba  US BA BUISINESS EQUIPMENT FINANCE GROUP** <br> **c/o ASKOUNIS & DARCY, PC** <br> **401 N. MICHIGAN** <br> **CHICAGO, IL 60611** | | | **Security Agreement** <br> **CREDITOR HOLDS A SECURED INTEREST IN PROPERTY USED BY DEBTOR IN FORMER DENTAL PRACTICE, DENTAL TOOLS, FIXTURES AND EQUIPMENT, OWNED BY ALL SMILES DENTAL, P.C.  AND LOCATED AT 1452 MERCHANT DRIVE, ALGONQUIN, IL.** <br><br> **VALUE $0.00** | X | | | 101,625.24 | 0.00 |
| ACCOUNT NO.  PIN# 19-29-377-010 <br><br> **MCHENRY COUNTY TREASURER** <br> **2200 N. SEMINARY** <br> **WOODSTOCK, IL 60098** | | | **Statutory Lien** <br> **DEBTOR'S RESIDENCE, 300 BUCKINGHAM DRIVE, ALGONQUIN, IL 60102** <br><br> **PIN# 19-29-377-010** <br><br> **VALUE $350,000.00** | X | | | 10,487.26 | 68,667.00 |

Sheet no. _1_ of _4_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal    ➤
(Total of this page)

$   135,298.23   $   68,667.00

Total    ➤
(Use only on last page)

$                    $

(Report also on Summary of   (If applicable, report
Schedules)                            also on Statistical
                                            Summary of Certain
                                            Liabilities and
                                            Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **AUDREY MARIE SIM**                                           Case No. _____

_____                                                 **(If known)**
**Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>MCHENRY COUNTY TREASURER<br>2200 N. SEMINARY AVE.<br>WOODSTOCK, IL 60098 | | | Statutory Lien<br>PROPERTY TAXES ON 1452 MERCHANT DRIVE, ALGONQUIN, IL<br><br>VALUE $0.00 | | X | | 0.00 | 0.00 |
| ACCOUNT NO. XXX0461 <br><br>OFC CAPITAL CORPORATION<br>576 COLONIAL PARK DRIVE<br>SUITE 200<br>ROSWELL, GA 30075 | | | Security Agreement<br>CREDITOR HOLDS A SECURED INTEREST IN A CEREC MACHINE OWNED BY ALL SMILES DENTAL, P.C. AND LOCATED AT 1452 MERCHANT DRIVE, ALGONQUIN, IL.<br><br>VALUE $0.00 | | X | | 221,972.59 | 0.00 |
| ACCOUNT NO. XX0905 <br><br>ROYAL BANK AMERICA LEASING<br>550 TOWNSHIP ROAD<br>SUITE 425<br>BLUE BELL, PA 19422 | | | Security Agreement<br>CREDITOR HOLDS A SECURED INTEREST IN AUDIO VISUAL EQUIPMENT OWNED BY ALL SMILES DENTAL, P.C. AND LOCATED AT 1452 MERCHANT DRIVE, ALGONQUIN, IL.<br><br>VALUE $0.00 | | X | | 48,121.05 | 0.00 |
| ACCOUNT NO. XXXX1423 <br><br>TOYOTA FINANCIAL SERVICES<br>POB 8026<br>CEDAR RAPIDS, IA 62409-8026 | | | Security Agreement<br>2009 TOYOTA RAV4<br><br>VALUE $21,900.00 | | X | | 36,710.61 | 14,810.61 |

Sheet no. _2_ of _4_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

$ 306,804.25 | $ 14,810.61

Total  ➢
(Use only on last page)

$ | $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re   **AUDREY MARIE SIM**                                    .        Case No.   _____

                          Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  XXXX2000 |  |  | Security Agreement CREDITOR HOLDS A SECURED INTEREST IN 11 SETS OF DENTAL CHAIRS OWNED BY ALL SMILES DENTAL, P.C.  AND LOCATED AT 1452 MERCHANT DRIVE, ALGONQUIN, IL. |  | X |  | 91,151.62 | 0.00 |
| US BANK HEALTHCARE FINANCE SERVICES 1310 MADRID ST. SUITE 105 MARSHALL, OR 97208-4233 |  |  |  |  |  |  |  |  |
|  |  |  | VALUE $0.00 |  |  |  |  |  |
| ACCOUNT NO.  XXX0341 | X |  | Security Agreement CREDITOR HOLDS A SECURED INTEREST IN ALL OF THE TOOLS, EQUIPMENT AND FIXTURES OWNED BY ALGONQUIN SMILES P.C., PROPERTY IS LOCATED AT 785 RANDALL ROAD, ALGONQUIN, IL |  | X |  | 403,407.13 | 0.00 |
| WELLS FARGO BANK, NA 121 S. MARKET STREET 6TH FLOOR SAN JOSE, CA 95113-2209 |  |  |  |  |  |  |  |  |
|  |  |  | VALUE $0.00 |  |  |  |  |  |
| ACCOUNT NO.  XXXX2757 |  |  | Second Lien on Residence DEBTOR'S RESIDENCE, 300 BUCKINGHAM DRIVE, ALGONQUIN, IL 60102  PIN# 19-29-377-010 |  | X |  | 91,332.15 | 68,667.00 |
| WELLS FARGO BANK, NA POB 4233 PORTLAND, OR 97208-4233 |  |  |  |  |  |  |  |  |
|  |  |  | VALUE $350,000.00 |  |  |  |  |  |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

| $ | 585,890.90 | $ | 68,667.00 |
|---|---|---|---|

Total  ➤
(Use only on last page)

| $ |  | $ |  |
|---|---|---|---|

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  <u>AUDREY MARIE SIM</u> .                Case No. <u>                    </u>

                    **Debtor**                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **XXXX-3473** | | | | | | | 327,335.40 | 68,667.00 |
| **WELLS FARGO HOME MORTGAGE POB 10335 DES MOINES, IA 50306** | | | **Mortgage DEBTOR'S RESIDENCE, 300 BUCKINGHAM DRIVE, ALGONQUIN, IL 60102** **PIN# 19-29-377-010** _____ **VALUE $350,000.00** | | | | | |

Sheet no. <u>4</u> of <u>4</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

| | |
|---|---|
| **$    327,335.40** | **$    68,667.00** |

Total ➤
(Use only on last page)

| | |
|---|---|
| **$  4,550,418.13** | **$  229,824.29** |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (12/07)**

In re  **AUDREY MARIE SIM** _____        Case No. _____
                              Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>3</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **AUDREY MARIE SIM**                                    Case No. _____
_____                              (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ILLINOIS DEPARTMENT OF REVENUE**<br>**Chicago-Bankruptcy**<br>**100 W. Randolph**<br>**Room 7-500**<br>**Chicago, IL 60601** | | | **TAXES ON GROSS INCOME EARNED DURING 2005.  RETURN FILED 10/10/2006** | | X | | 21,106.01 | 21,106.01 | $0.00 |
| ACCOUNT NO.<br>**ILLINOIS DEPARTMENT OF REVENUE**<br>**Chicago-Bankruptcy**<br>**100 W. Randolph**<br>**Room 7-500**<br>**Chicago, IL 60601** | | | **TAXES ON INCOME EARNED DURING** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**ILLINOIS DEPARTMENT OF REVENUE**<br>**Chicago-Bankruptcy**<br>**100 W. Randolph**<br>**Room 7-500**<br>**Chicago, IL 60601** | | | **TAXES ON GROSS INCOME EARNED DURING 2007.  RETURN FILED 06/01/2009** | | X | | 5,503.14 | 5,503.14 | $0.00 |
| ACCOUNT NO.<br>**ILLINOIS DEPARTMENT OF REVENUE**<br>**Chicago-Bankruptcy**<br>**100 W. Randolph**<br>**Room 7-500**<br>**Chicago, IL 60601** | | | **TAXES ON GROSS INCOME EARNED DURING 2006. RETURN FILED 06/01/2009** | | X | | 1,037.53 | 0.00 | $1,037.53 |
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE**<br>**MAIL STOP 5010**<br>**230 S. DEARBORN**<br>**CHICAGO, IL 60604** | | | **TAXES ON GROSS INCOME EARNED DURING 2008. RETURN FILED 10/01/2009** | | X | | 17,802.60 | 17,802.60 | $0.00 |

Sheet no.  1 of  3 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ 45,449.28 | $ 44,411.75 | $ 1,037.53 |
| Total  ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

B6E (Official Form 6E) (12/07) – Cont.

In re  **AUDREY MARIE SIM**                                         ,          Case No. _____
                                Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE<br>CINCINNATI, OH 45999-0039** | | | **UNEMPLOYMENT COMPENSATION TRUST FUND TAXES WITHHELD FROM PAYROLL OF EMPLOYEES OF ALL SMILES DENTAL, P.C.** | | X | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE<br>MAIL STOP 5010<br>230 S. DEARBORN<br>CHICAGO, IL 60604** | | | **INCOME TAXES FOR FOR INCOME EARNED BY T&A HOLDINGS, LLC DURING 2007.** | | X | | 1,194.57 | 1,194.57 | $0.00 |
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE<br>MAIL STOP 5010<br>230 S. DEARBORN<br>CHICAGO, IL 60604** | | | **INCOME TAXES FOR FOR INCOME EARNED BY T&A HOLDINGS, LLC DURING 2006.** | | X | | 501.92 | 501.92 | $0.00 |
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE<br>MAIL STOP 5010<br>230 S. DEARBORN<br>CHICAGO, IL 60604** | | | **TAXES ON GROSS INCOME EARNED DURING 2007. RETURN FILED 06/01/2009** | | X | | 48,194.84 | 48,194.84 | $0.00 |
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE<br>MAIL STOP 5010<br>230 S. DEARBORN<br>CHICAGO, IL 60604** | | | **TAXES ON GROSS INCOME EARNED DURING 2006. RETURN FILED 06/01/2009** | | X | | 3,740.41 | 3,740.41 | $0.00 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▸
(Totals of this page) $ **53,631.74** $ **53,631.74** $ **0.00**

Total  ▸
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total  ▸
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) $          $

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **AUDREY MARIE SIM** _____,    Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 S. STATE CHICAGO, IL 60603-2802** | | | **UNEMPLOYMENT COMPENSATION TRUST FUND TAXES WITHHELD FROM PAYROLL OF EMPLOYEES OF ALL SMILES DENTAL, P.C.** | X | | | **0.00** | **0.00** | **$0.00** |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ➢<br>(Totals of this page) | $    **0.00** | $    **0.00** | $    **0.00** |
| Total ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  **99,081.02** | | |
| Total ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $  **98,043.49** | $  **1,037.53** |

B6F (Official Form 6F) (12/07)

In re  **AUDREY MARIE SIM** _____

Case No. _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ABRIX GROUP, LP** <br> **3400 DUNDEE ROAD** <br> **SUITE 200** <br> **NORTHBROOK, IL 60062** | X | | **DEBT INCURRED IN OPERATION OF ALL SMILES DENTAL P.C.** | | X | | 0.00 |
| ACCOUNT NO.  **XX216.B** <br><br> **ADR SYSTEMS** <br> **123 W. MADISON** <br> **22ND FLOOR** <br> **CHICAGO, IL 60602** | | | **LEGAL SERVICES PROVIDED TO DEBTOR IN 2009 TO DEFEND HER IN TIMOTHY STIRNEMAN  V. AUDREY STIRNEMAN; 08 CH 37220** | | X | | 2,106.25 |
| ACCOUNT NO. <br><br> **ANGEL PHELPS** <br> **896 BENNINGTON** <br> **CRYSTAL LAKE, IL 60015** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 535.00 |
| ACCOUNT NO. <br><br> **ANGIE CORRADO** <br> **19N175 W. WOODRIDGE PKWY** <br> **HAMPSHIRE, IL 60140** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 512.00 |
| ACCOUNT NO.  **XXXX-XXXX-XXXX-9804** <br><br> **BANK OF AMERICA** <br> **POB 15026** <br> **WILMINGTON, DE 19850-5184** | | | **CREDIT ACOUUNT PROCEEDS USED BY DEBTOR IN OPERATION OF ALL SMILES DENTAL P.C.** | | X | | 25,152.04 |

 18  Continuation sheets attached

Subtotal  ➤ $ 28,305.29

Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **AUDREY MARIE SIM**                                   Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**BERREL COOK<br>258 CHARLOTTE, CT.<br>CARY, IL 60013** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 260.00 |
| ACCOUNT NO.<br><br>**BOB COZZA<br>1130 GREENRIDGE<br>ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 388.30 |
| ACCOUNT NO.<br><br>**BOB ROHDE<br>325 TECUMSEH TR.<br>APT 110<br>LAKE IN THE HILLS, IL 60156** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 4,593.60 |
| ACCOUNT NO.<br><br>**BRIARWOOD OFFICE CENTER II<br>10058 ALEXANDER CT<br>UNIT F<br>CARY, IL 60013** | | | **LOAN PROCEEDS USED BY DEBTOR AND TIMOTHY STIRNEMAN FOR THE DOWN PAYMENT ON 1452 MERCHANT DRIVE, ALGONQUIN, IL. 2007** | | X | | 613,000.00 |
| ACCOUNT NO.<br><br>**BRIARWOOD OFFICE CENTER II<br>1005 ALEXANDER COURT<br>UNIT F<br>CARY, IL 60013** | | | **COMMON AREA ASSESSMETNS FOR 1452 MERCHANT DRIVE, ALGONQUIN, IL.** | | X | | 15,656.00 |

Sheet no.  1  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          633,897.90

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **AUDREY MARIE SIM**                                        Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**BRIARWOOD OFFICE CENTER MASTER ASSOC.**<br>**1005 ALEXANDER COURT**<br>**UNIT F**<br>**CARY, IL** | | | **COMMON AREA ASSESSMENTS, 1452 MERCHANT DRIVE, ALGONQUIN, IL.** | | X | | 0.00 |
| ACCOUNT NO.<br><br>**BUSH & HEISE**<br>**1300 S. GROVE AVE.**<br>**SUITE 104-A**<br>**BARRINGTON, IL 60010** | | | **LEGAL SERVICES INCURRED  FROM JUNE, 2008 THRU OCTOBER, 2009 BY DEBTOR IN 08 DV 415 DISSOLUTION OF MARRIAGE PROCEEDING.** | | X | | 13,265.83 |
| ACCOUNT NO.<br><br>**BUSINESS EQUIPMENT FINANE**<br>**c/o ASKOUNIS & DARCY, PC.**<br>**401 N. MICHIGAN**<br>**CHICAGO, IL 60611** | | | **PERSONAL GUARANTEE OF DEBT INCURRED IN THE OPERATION OF ALL SMILES DENTAL, P.C.** | | X | | 0.00 |
| ACCOUNT NO.   **XXXX-XXXX-XXXX-3386**<br><br>**CAPITAL ONE BANK**<br>**c/o  TSYS DEBT MANAGEMENT**<br>**POB 5155**<br>**NORCROSS, GA 30091** | | | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED BETWEEN 2000 AND 2009.** | | X | | 694.00 |
| ACCOUNT NO.   **XXXX-XXXX-XXXX-3218**<br><br>**CAPITAL ONE BANK**<br>**c/o  TSYS DEBT MANAGEMENT**<br>**POB 5155**<br>**NORCROSS, GA 30091** | | | **CREDIT CARD PURCHASES OF CONSUMER GOODS ACCRUED BETWEEN 2000 AND 2009** | | X | | 461.00 |

Sheet no.  2 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          14,420.83

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **AUDREY MARIE SIM** _____ Case No. _____

Debtor (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX-XXXX-XXXX-4986** <br><br> **CAPITAL ONE BANK** <br> **POB 30285** <br> **SALT LAKE CITY, UT 84130-0285** | | | **CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | X | | 461.39 |
| ACCOUNT NO. **XXX-XXXX-XXXX-2531** <br><br> **CAPITAL ONE BANK** <br> **POB 30285** <br> **SALT LAKE CITY, UT 84130-0285** | | | **CREDIT CARD PURCHASES OF CONSUMER GOODS.** | | X | | 694.42 |
| ACCOUNT NO. **08 CH 1497** <br><br> **CHARTER ONE BANK** <br> **1215 SUPERIOR AVE.** <br> **CLEVELAND, OH 44114-3299** | | | **JUDGMENT FOR FORECLOSURE AND SALE OF PROPERTY1452 MERCHANT DRIVE, ALGONQUIN, IL  DUPLICATE LISTING FOR PURPOSES OF NOTICE** | | X | | 0.00 |
| ACCOUNT NO. <br><br> **CHEVY OBRIEN** <br> **550 TENBY WAY** <br> **ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 254.00 |
| ACCOUNT NO. <br><br> **CHRIS MCARDLE** <br> **240 TERRAMERE LANE** <br> **LAKE IN THE HILLS, IL 60156** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 467.76 |

Sheet no. _3_ of _18_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,877.57

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **AUDREY MARIE SIM**
_____          Case No. _____
                         Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CHRISSY LIEBER<br>355 MENON DRIVE<br>CARY, IL 60013** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 231.80 |
| ACCOUNT NO.   **XXXXX4012**<br>**CRYSTAL LAKE BANK AND TRUST<br>70 N. WILLIAM STREET<br>CRYSTAL LAKE, IL 60014** | | | **LOAN PROCEEDS USED FOR OPERATION OF ALL SMILES DENTAL P.C. AND EQUIPMENT AND INSTRUMENT PURCHASES.** | | X | | 63,133.21 |
| ACCOUNT NO.<br>**DAN KOWALSKI<br>1323 CUNAT COURT<br>APT 1G<br>LAKE IN THE HILLS, IL 60158** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 1,379.50 |
| ACCOUNT NO.<br>**DANIELLE STEINKE<br>1760 HARTFORD LANE<br>CRYSTAL LAKE, IL 60014** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 548.20 |
| ACCOUNT NO.<br>**DAVE RYCKMAN<br>157 HELM RD<br>BARRINGTON, IL 60010** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 5,600.00 |

Sheet no.  4  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **70,892.71**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **AUDREY MARIE SIM** _____     Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **DAVID ROONEY** <br> **4731 BORDEAUX DR.** <br> **LAKE IN THE HILLS, IL 60156** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 713.00 |
| ACCOUNT NO. <br><br> **DAVID SCHACHERER** <br> **2101 LITCHFIELD COURT** <br> **LAKE IN THE HILLS, IL 60156** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 352.20 |
| ACCOUNT NO. <br><br> **DENVER ADVERTISING** <br> **14 INVERNESS DRIVE EAST** <br> **SUITE A218** <br> **ENGLEWOOD, CO 80112** | X | | **ADVERTISING SERVICES USED  IN OPERATION OF ALGONQUIN SMILES P.C.** | | X | | 2,000.00 |
| ACCOUNT NO. <br><br> **DONNA JENDRUCZEK** <br> **1127 N. RIVER ROAD** <br> **ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 1,584.00 |
| ACCOUNT NO. <br><br> **DOUG FILER** <br> **3272 OAK KNOLL ROAD** <br> **CARPENTERSVILLE, IL 60010** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 338.80 |

Sheet no. _5_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                4,988.00

Total  >  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **AUDREY MARIE SIM**                            Case No. _____

                                  **Debtor**                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0003 & 0004** <br><br> **DVL FINANCIAL SERVICES** <br> **707 SKOKIE BLVD** <br> **NORTHBROOK, IL 60062** | | | **DEFAULT ON LEASE AGREEMENT, 2000 THRU 2002 FOR PROPERTY USED IN THE OPERATION OF ALL SMILES DENTAL, P.C.** | | X | | **0.00** |
| ACCOUNT NO. <br><br> **FGMK. LLC** <br> **2801 LAKESIDE DRIVE** <br> **THIRD FLOOR** <br> **BANNOCKBURN, IL 60015** | | | **ACCOUNTING SERVICES PROVIDED THRU 2009.** | | X | | **5,415.16** |
| ACCOUNT NO. <br><br> **GEORGE RISTOFF** <br> **1240 SCHIEDLER** <br> **BATAVIA, IL 60510** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | **398.00** |
| ACCOUNT NO. <br><br> **GERALDINE ANN SIM** <br> **113 BOULDER DRIVE** <br> **LAKE IN THE HILLS, IL 60156** | | | **LOAN MADE BY DEBTOR'S MOTHER TO DEBTOR IN 2008 USED TO PAY PROPERTY TAXES ON DEBTOR'S RESIDENCE.** | | X | | **8,000.00** |
| ACCOUNT NO. <br><br> **GISELE GARCIA** <br> **1301 TYLER LANE** <br> **ELGIN, IL 60123** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | **2,800.00** |

Sheet no. _6_ of _18_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal  ➤  $        **16,613.16**

                      Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **AUDREY MARIE SIM**                                      Case No. _____
                            Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **08 SC 4189**<br><br>**GITLIN BUSCHE & STETLER**<br>**111 DEAN STREET**<br>**WOODSTOCK, IL 60098** | | | **LEGAL SERVICES INCURRED  FROM JUNE, 2008 THRU OCTOBER, 2009 BY DEBTOR IN 08 DV 415 DISSOLUTION OF MARRIAGE PROCEEDING.** | | X | | 10,000.00 |
| ACCOUNT NO.<br><br>**HAYDEE LOPRIORE**<br>**2921 BALDWIN LANE,**<br>**LAKE IN THE HILLS, IL 60156** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 291.30 |
| ACCOUNT NO.<br><br>**HOLLY KREBS**<br>**11526 HERITAGE LANE**<br>**HUNTLEY, IL 60142** | | | **BUSINESS CREDIT FOR WORK TO BE PERFORMED INCURRED IN THE DEBTOR'S OPERATION OF ALL SMILES DENTAL P.C.** | | X | | 607.78 |
| ACCOUNT NO.<br><br>**HUBERT ESSER**<br>**1386 PARKRIDGE**<br>**CRYSTAL LAKE, IL 60142** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 342.00 |
| ACCOUNT NO.<br><br>**JAMES SARGENT**<br>**5 HAVERFORD COURT**<br>**ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 666.20 |

Sheet no.  7 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                                            **11,907.28**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **AUDREY MARIE SIM**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**JENNIFER SHABEC<br>9 McKINLEY ST<br>LAKE IN THE HILLS, IL 60156** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 562.00 |
| ACCOUNT NO.<br><br>**JERRY TREVINO<br>1041 McPHEE DR.<br>LAKE IN THE HILLS, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 229.70 |
| ACCOUNT NO.<br><br>**JIM NEUTZ<br>1007 KENNEDY DR.<br>KIRKLAND, IL 60146** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 231.00 |
| ACCOUNT NO.<br><br>**JOHN LEONARDI<br>110 MILLARD AVE<br>FOX RIVER GROVE, IL 60146** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 540.30 |
| ACCOUNT NO.<br><br>**JORGE GOMEZ<br>210 N. CROSS TRAIL<br>MCHENRY, IL 60050** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 462.50 |

Sheet no. 8 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    2,025.50

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **AUDREY MARIE SIM**                                    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**JUSTIN CANARY**<br>**210 E ALGONQUIN ROAD**<br>**ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 379.50 |
| ACCOUNT NO.<br><br>**KEN FARBELOW**<br>**1114 CHERRY STREET**<br>**LAKE IN THE HILLS, IL 60156** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 549.80 |
| ACCOUNT NO.<br><br>**KEN STIRNEMAN**<br>**4726 MONTERY DRIVE**<br>**WINTER HAVEN, FL 33880** | | | **LOAN FROM DEBTOR'S FORMER FATHER-IN-LAW USED TO PURCHASE EQUIPMENT AND OPERATE ALL SMILES DENTAL, P.C.** | | X | | 217,764.00 |
| ACCOUNT NO.<br><br>**KENNETH LOUISE**<br>**951 McPHEE DRIVE**<br>**LAKE IN THE HILLS, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 280.60 |
| ACCOUNT NO.<br><br>**KENT FARBELOW**<br>**1114 CHERRY STREET**<br>**LAKE IN THE HILLS, IL 60156** | | | **BUSINESS CREDIT FOR WORK TO BE PERFORMED INCURRED IN THE DEBTOR'S OPERATION OF ALL SMILES DENTAL P.C.** | | X | | 549.80 |

Sheet no. _9_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          **219,523.70**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **AUDREY MARIE SIM**                                    Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**KIM FETZER**<br>**1107 BURR STREET**<br>**LAKE IN THE HILLS, IL 60158** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 226.60 |
| ACCOUNT NO.<br><br>**KIM FLANAGAN**<br><br>**ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 511.20 |
| ACCOUNT NO.   **XXXX1634**<br><br>**LANE BRYANT**<br>**POB 182125**<br>**COLUMBUS, OH 43218** | | | **MERCHANT CREDIT PURCHASES OF CONSUMER GOODS INCURRED DURING 2004 AND 2005** | | X | | 0.00 |
| ACCOUNT NO.   **XXXX2891**<br><br>**LANE BRYANT RETAIL/SOA**<br>**450 WINKS LANE**<br>**BENSALEM, PA 19020** | | | **MERCHANT CREDIT PURCHASES OF CONSUMER GOODS INCURRED DURING 2004 AND 2005** | | X | | 0.00 |
| ACCOUNT NO.<br><br>**LANG SHELTON**<br>**250 RIVERVIEW**<br>**CARPENTERSVILLE, IL 60110** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 800.30 |

Sheet no. _10_ of _18_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $       1,538.10

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **AUDREY MARIE SIM**                                    Case No. _____
                         Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**LAURIE SHERIFF<br>1388 CANDLEWOOD DRIVE<br>CRYSTAL LAKE, IL 60014** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 613.99 |
| ACCOUNT NO. <br><br>**LEVIN & BREND, P.C.<br>20 N. WACKER DRIVE<br>CHICAGO, IL 60606** | | | **LEGAL SERVICES INCURRED DURING 2008 AND 2009 IN CASE 10 L 6638 &  08 CH 37220** | | X | | 112,459.73 |
| ACCOUNT NO. <br><br>**LINDSEY MARTINEZ<br>24 DELLWOOD COURT<br>ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 445.00 |
| ACCOUNT NO. <br><br>**LISA DRESSEL<br>609 PLUM GROVE ROAD<br>APT 1B<br>ROSELLE, IL 60172** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 359.00 |
| ACCOUNT NO.      **XXXX0147**<br><br>**LITTON LOAN SERVICING<br>ATTN. BANKRUPTCY<br>4528 LOOP CENTRAL DRIVE<br>HOUSTON, TX 77081** | | | **LOAN PROCEEDS PARTIALLY USED BY DEBTOR TO FUND EDUCATION. DUPLICATE LISTING FOR PURPOSES OF NOTICE** | | X | | 0.00 |

Sheet no.  11  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $          113,877.72

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **AUDREY MARIE SIM**                                    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **MAGGIE HITTLE 2020 CARLISLE STREET ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 1,624.80 |
| ACCOUNT NO. **MAXWELL LAW GROUP 105 W, ADAMS STREET SUITE 3200 CHICAGO, IL 60603** | | | **LEGAL SERVICES INCURRED IN 2009 FOR DEFENDING DEBTOR IN 09 A 556** | | X | | 15,626.00 |
| ACCOUNT NO. **MICHELLE BANASZYNSKI 11356 CENTRAL PARK BLVD. HUNTLEY, IL 60142** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 206.25 |
| ACCOUNT NO. **MICHELLE ZMICK, DDS 5246 RFD LONG GROVE, IL 60047-9794** | | | **CONTRACT WORKER FOR ALL SMILES DENTAL, P.C.** | | X | | 0.00 |
| ACCOUNT NO. **MIGUEL SANCHEZ 20 W. ALGONQUIN ROAD ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 250.00 |

Sheet no. _12_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            17,707.05

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **AUDREY MARIE SIM**                                          Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**MIGUEL ZARATE**<br>**909 HILLTOP BLVD**<br>**MCHENRY, IL 60050** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 274.00 |
| ACCOUNT NO.<br><br>**MIKE COLEY**<br>**255 COLUMBINE STREET**<br>**CRYSTAL LAKE, IL 60014** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 652.00 |
| ACCOUNT NO.<br><br>**MIKE TIEDJE**<br>**1141 STARWOOD PASS**<br>**LAKE IN THE HILLS, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 456.80 |
| ACCOUNT NO.<br><br>**MISSY TOYNTON**<br>**9543 BRISTOL LANE**<br>**HUNTLEY, IL 60142** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 632.00 |
| ACCOUNT NO.<br><br>**MISTY CLEMONS**<br>**887-3 GOLF COURSE ROAD**<br>**CRYSTAL LAKE, IL 60014** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 414.00 |

Sheet no. __13__ of __18__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ＞  $                    2,428.80

Total  ＞  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **AUDREY MARIE SIM**                                      Case No. _____
                                                                            (If known)
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXXX-0574** <br><br>NELNET<br>ATTN: CLAIMS<br>POB 17460<br>DENVER, CO 80217 | | | LOAN PROCEEDS PARTIALLY USED BY DEBTOR TO FUND EDUCATION INCURRED IN 1996. DEBT ALSO LISTED UNDER LITTON LOAN SERVICES. DUPLICATE LISTING FOR PURPOSES OF NOTICE | | X | | 0.00 |
| ACCOUNT NO. **XXX6091** <br><br>NEOPOST, INC.<br>POB 45800<br>SAN FRANCISCO, CA 94145-0800 | | | MAIL AND POSTAL SERVICE INCURRED IN THE DEBTOR'S OPERATION OF ALL SMILES DENTAL P.C. | | X | | 0.00 |
| ACCOUNT NO. <br><br>NICK DURIS<br>2121 ORCHARD LANE<br>CARPENTERSVILLE, IL 60110 | | | BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C. | | X | | 254.00 |
| ACCOUNT NO. <br><br>PATRICK KENNEDY<br>8706 OAKWOOD DRIVE<br>CRYSTAL LAKE, IL 60014 | | | BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C. | | X | | 1,144.00 |
| ACCOUNT NO. <br><br>PEGGY SCHMIDT<br>417 CEDAR STREET<br>LAKE IN THE HILLS, IL 60156 | | | BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C. | | X | | 225.00 |

Sheet no. _14_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 1,623.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **AUDREY MARIE SIM**                                          Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **PHIL COOK 173 OLD FARM ROAD CARPENTERSVILLE, IL 60110** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 685.80 |
| ACCOUNT NO. **POLACHEK & POLACHEK 1000 HART ROAD SUITE 300 BARRINGTON, IL 60010** | | | **LEGAL SERVICES INCURRED IN 2008 FOR DEFENDING DEBTOR IN 08 CH 37220** | | X | | 760.50 |
| ACCOUNT NO. **RANATA SNELLEN 141 ENSANADA DR. CARPENSTERSVILLE. IL 60110** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 649.00 |
| ACCOUNT NO. **RAUL QUINONES 11820 NIAGRA LANE HUNTLEY, IL 60142** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 258.40 |
| ACCOUNT NO. **RICK CARUSO 10890 POTOMAC DRIVE HUNTLEY, IL 60143** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 1,954.70 |

Sheet no. <u>15</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $            **4,308.40**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **AUDREY MARIE SIM**                                        Case No. _____
                                     Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ROSE-ANNA ROBLES** <br> **4170 BUNKER HILL DRIVE** <br> **ALGONQUIN, IL 60120** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 462.00 |
| ACCOUNT NO. <br><br> **SAMANATHA FENSKE** <br> **10598 SCOTT DRIVE** <br> **HUNTLEY, IL 60142** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 439.60 |
| ACCOUNT NO. <br><br> **SAXON MORTGAGE SERVICE** <br> **4718 MERCANTILE DRIVE NORTH** <br> **FORT WORTH, TX 76137** | | | **DUPLICATE LISTING FOR PURPOSES OF NOTICE, ORIGINAL LOAN OWNED BY WELLS FARGO.** | | X | | 0.00 |
| ACCOUNT NO. <br><br> **SHARON REED** <br> **3405 WOODS CREEK LANE** <br> **ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 440.00 |
| ACCOUNT NO. <br><br> **SMALAH ALI** <br> **2610 WILLIAMSBURG DRIVE** <br> **ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 430.00 |

Sheet no.  16  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    1,771.60

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **AUDREY MARIE SIM**

Case No. _____

_____
Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SOMERCOR 504, INC.**<br>**601 SOUTH LASALLE ST.**<br>**SUITE 510**<br>**CHICAGO, IL 60605** | | | **SBA LOAN, PROCEEDS USED TO COMPLETE BUILD OUT OF COMMERCIAL SPACE AT 1452 MERCHANT DRIVE, ALGONQUIN, IL. DEBTOR PERSONALLY GUARANTEED LOAN.** | | X | | 1,509,660.36 |
| ACCOUNT NO.<br><br>**SUE DUNN**<br>**THACKERY LANE**<br>**FOX RIVER GROVE, IL** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 65,955.00 |
| ACCOUNT NO.<br><br>**THE DOC ELLIOT POLLOCK LAW PRACTICE**<br>**POB  A-3220**<br>**CHICAGO, IL 60690-3220** | | | **LEGAL SERVICES RENDERED IN CONNECTION WITH DEFENDING DEBTOR IN 09 A 556   INCURRED DURING 2009.** | | X | | 1,900.00 |
| ACCOUNT NO.<br><br>**TIMOTHY STIRNEMAN, DDS**<br>**4820 THISTLE LANE**<br>**LAKE IN THE HILLS, IL 60156** | | | **CLAIMS FOR INDEMNIFICATION ARISING OUT OF JOINT OWNERSHIP OF ALL SMILES DENTAL, P.C., T & A LEASING, T & A HOLDINGS, LCC, INCOME TAXES AND TRUST FUND TAXES.** | X | | | 0.00 |
| ACCOUNT NO.<br><br>**TRISHA KLIEN**<br>**621 DRIFTWOOD LANE**<br>**HARVARD, IL 60033** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 673.00 |

Sheet no.  17  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ | 1,578,188.36

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **AUDREY MARIE SIM**                              Case No. _____
                                    **Debtor**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **XXXX-7775** <br><br> **UBT, ADMINISTERED BY NELNET, INC.** <br> **POB 2877** <br> **OMAHA, NE 68103-2877** | | | **STUDENT LOAN INCURRED 1989 THRU 1993** | | X | | 82,312.32 |
| ACCOUNT NO. <br><br> **VICKI BUDD** <br> **5 EDGEBROOK COURT** <br> **ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 808.00 |
| ACCOUNT NO. <br><br> **VICKI TOM** <br> **1620 FARMHILL DRIVE** <br> **ALGONQUIN, IL 60102** | | | **BUSINESS CREDIT FOR SERVICES TO BE PERFORMED BY ALL SMILES DENTAL, P.C.** | | X | | 508.80 |

Sheet no.  18  of  18  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ 83,629.12

Total  ➤  $ 2,809,524.09

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:   **AUDREY MARIE SIM**                                          Case No. _____
                                                        **Debtor**                                              ,                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **BLENNER INSURANCE**<br>**302 W. CAMPBELL STREET**<br>**ARLINGTON HEIGHTS, IL 60005-1414** | **INSURANCE POLICY, BUILDING RISK, POPERTY AND UMBRELLA POLICY FOR ALGONQUIN SMILES, P.C.** |
| **BLENNER INSURANCE**<br>**302  W. CAMPBELL STREET**<br>**ARLINGTON HEIGHTS, IL 60005-1414** | **CONTRACT EDN0035167 ENTERED INTO ON 02/16/2009, EXPIRES 02/16/2012, MALPRACTICE INSURANE POLICY.** |
| **BLUE CROSS BLUE SHIELD OF ILLINOIS**<br>**300 E. RANDOLPH**<br>**CHICAGO, IL 60601** | **HEALTH INSURANCE POLICY** |
| **GREAT WEST LIFE INSURANCE**<br>**POB 340**<br>**DENVER, CO 80201** | **LIFE INSURANCE CONTRACT #372981, BEGINNING DATE 04/02/2009** |
| **KRES EQUITIES, LLC**<br>**221 CHURCH STREET**<br>**WOODSTOCK, IL 60098** | **COMMERCIAL LEASHOLD INTEREST IN 785 S. RANDALL ROAD  OCCUPIED BY ALGONQUIN SMILES, P.C.** |
| **NICOR GAS**<br>**CUSTOMER CONTRACT DEPT 1E**<br>**POB 190**<br>**AURORA, IL 60507-0190** | **GAS SERVICE CONTRACT # 50659 FOR ALGONQUIN SMILES, P.C.** |
| **STATE FARM INSURANCE**<br>**ONE STATE FARM PLAZA**<br>**BLOOMINGTON,  IL 61710** | **PROPERTY LOSS AND LIABILITY POLICY FOR DEBTOR'S RESIDENCE ADN 2009 TOYOTA RAV4** |
| **WASTE MANAGEMENT IL - NORTH**<br>**22333 ROUTE 1/3**<br>**ANTIOCH, IL 60002** | **COMMERCIAL REFUSE CONTRACT FOR ALGONQUIN SMILES, P.C.** |

**B6G (Official Form 6G) (12/07) -Cont.**

In re:  **AUDREY MARIE SIM** _____ ,     Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **WELLS FARGO BANK, NA<br>MAP A0347-0232<br>1200 MONTEGO WAY<br>WALNUT CREEK, CA 94598** | **CONTRACT FOR CREDIT PROCESSING TERMINAL USED BY ALGONQUIN SMILES, P.C.** |

B6I (Official Form 6I) (12/07)

In re  **AUDREY MARIE SIM**                                   Case No. _____

_____
Debtor                                                          (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **DIVORCED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **DENTIST** | |
| Name of Employer | **ALGONQUIN SMILES, P.C.** | |
| How long employed | **TWO YEARS** | |
| Address of Employer | **785 S. RANDALL ROAD, ALGONQUIN, IL 60102** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | **4,350.00** | $ |
| 2. Estimate monthly overtime | $ | **0.00** | $ |
| 3. SUBTOTAL | $ | **4,350.00** | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | **898.27** | $ |
| b. Insurance | $ | **0.00** | $ |
| c. Union dues | $ | **0.00** | $ |
| d. Other (Specify) | $ | **0.00** | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **898.27** | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,451.73** | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ |
| 8. Income from real property | $ | **0.00** | $ |
| 9. Interest and dividends | $ | **0.00** | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ |
| 11. Social security or other government assistance (Specify) | $ | **0.00** | $ |
| 12. Pension or retirement income | $ | **0.00** | $ |
| 13. Other monthly income (Specify) | $ | **0.00** | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,451.73** | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 3,451.73** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

_____

B6J (Official Form 6J) (12/07)

In re **AUDREY MARIE SIM**                                              , Case No. _____
_____
                    **Debtor**                                                              **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,645.93 |
| a. Are real estate taxes included?  Yes _____  No ✓ | | | |
| b. Is property insurance included?  Yes _____  No ✓ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 275.00 |
| b. Water and sewer | | $ | 20.00 |
| c. Telephone | | $ | 20.00 |
| d. Other | | $ | 180.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 275.00 |
| 4. Food | | $ | 600.00 |
| 5. Clothing | | $ | 250.00 |
| 6. Laundry and dry cleaning | | $ | 85.00 |
| 7. Medical and dental expenses | | $ | 125.00 |
| 8. Transportation (not including car payments) | | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 90.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 106.00 |
| b. Life | | $ | 102.00 |
| c. Health | | $ | 280.00 |
| d. Auto | | $ | 80.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) **PROPERTY TAXES ON DEBTOR'S RESIDENCE** | | $ | 872.93 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 643.00 |
| b. Other **2ND MORTGAGE ON DEBTOR'S RESIDENCE** | | $ | 527.34 |
| **STUDENT LOAN** | | $ | 803.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 235.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)       $   **7,515.20**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 3,451.73 |
| b. Average monthly expenses from Line 18 above | $ | 7,515.20 |
| c. Monthly net income (a. minus b.) | $ | -4,063.47 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **AUDREY MARIE SIM**                                    ,        Case No. _____

                                    Debtor                              Chapter    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ **99,081.02** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ **99,081.02** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ **3,451.73** |
| Average Expenses (from Schedule J, Line 18) | $ **7,515.20** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ **4,350.00** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$229,824.29** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **98,043.49** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$1,037.53** |
| 4. Total from Schedule F | | **$2,809,524.09** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$3,040,385.91** |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **AUDREY MARIE SIM**                                    Case No. _____
                            **Debtor**                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**42**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **12/10/2010**_____            Signature:  **s/ AUDREY MARIE SIM**_____
                                                                                       **AUDREY MARIE SIM**
                                                                                                        Debtor
                                                              [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re:  **AUDREY MARIE SIM** _____,        Case No. _____

                                Debtor                                                            (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the
☐       debtor's business, including part-time activities either as an employee or in independent trade or business, from the
        beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two**
        **years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis
        of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's
        fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or
        chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a
        joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 100,046.00 | **GROSS INCOME FROM EMPLOYMENT.** | **2008** |
| 19,987.00 | **GROSS INCOME FROM EMPLOYMENT AND DRAW FROM ALGONQUIN SMILES.** | **2009** |
| 47,850.00 | **GROSS INCOME FROM EMPLOYMENT AND DRAW FROM ALGONQUIN SMILES,  P.C.** | **2010** |

## 2.  Income other than from employment or operation of business

None    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's
☑       business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is
        filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for
        each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

2

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐
a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| BLUE CROSS BLUE SHIELD OF IL 300 E. RANDOLPH CHICAGO, IL 60601 | 9/1/2010 10/1/2010, 11/1/2010 | 840.00 | |
| ILLINOIS DEPARTMENT OF REVENUE Chicago-Bankruptcy 100 W. Randolph Room 7-500 Chicago, IL 60601 | 10/29/2010 | 2,484.00 | 0.00 |
| JUST IN TIME POOL AND SPA POB 5251 OAK BROOK, IL 60522-5251 | 10/29/2010 | 630.00 | 0.00 |

None
☑
b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑
c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
☐     the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
      not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **MCHENRY COUNTY ILLINOIS v. AUDREY STIRNEMAN** | **JUDICIAL TAX SALE, FOR PROPERTY TAXES, OCTOBER, 2010** | | |
| **TIMOTHY STIRNEMAN v. AUDREY STIRNEMAN** 08 CH 37220 | **ACTION FOR EQUITABLE RELIEF** | **CIRCUIT COURT OF MCHENRY COUNTY, IL WOODSTOCK, IL** | **SETTLED, DISMISSED MARCH, 2010** |
| **AUDREY STIRNEMAN v. TIMOTHY STIRNEMAN** 08 DV 415 | **DISSOLUTION OF MARRIAGE** | **CIRCUIT COURT OF MCHENRY COUNTY, IL WOODSTOCK, IL** | **JUDGMENT, MAY 2010** |
| **LYONS FINANCIAL SERVICES dba US BANCORP, BUSINESS EQUIPMENT FINANCE GROUP v. ALL SMILES DENTAL, PC & AUDREY STIRNEMAN** 09 C6117 | **BREACH OF CONTRACT FAILURE TO PAY** | **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS CHICAGO, IL** | **DISMISSED** |
| **OFC  CAPITAL CORP. v. AUDREY STIRNEMAN & ALL SMILES DENTAL, P.C.** 09 LA 322 | **WRIT OF REPLEVIN** | **CIRCUIT COURT OF MCHENRY COUNTY, IL WOODSTOCK, IL** | **PENDING** |
| **RBS CITIZENS BANK NA v. T.A. HOLDINGS, ALL SMILES DENTAL, TIMOTHY STIRNEMAN, AUDREY STIRNEMAN, ET AL** 08 CH 1497 | **BREACH OF CONTRACT FORECLOSURE PROCEEDING.** | **CIRCUIT COURT OF MCHENRY COUNTY, IL WOODSTOCK, IL 60098** | **PENDING MOTION FOR DEFAULT JUDGMENT** |
| **TIMOTHY STIRNEMAN V. AUDREY STIRNEMAN** 09 A 556 | **INJUNCTIVE RELIEF** | **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION, CHICAGO** | **JUDGMENT MOOTED BY SUBSEQUENT DISMISSAL** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑     immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
      information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
      separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑     foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
      debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
      whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**4**

### 6.  Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9.  Payments related to debt counseling or bankruptcy

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 10. Other transfers

None
☐
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| TIMOTHY STIRNEMAN<br>4820 THISTLE LANE<br>LAKE IN THE HILLS, IL 60156<br>    FORMER HUSBAND | 05/01/2010 | 0.00  DEBTOR HELD 50% OF THE SHARES OF T & LEASING, INC.  DEBTOR'S DECREE OF DIVORCE (05/01/2010) AWARDED HER INTEREST IN T & A LEASING, INC. TO TIMOTHY STIRNEMAN.  DEBTOR HAS NEVER MADE AN ASSIGNMENT OF HER SHARES.  CONSIDERATION RECEIVED WAS A DECREE OF DISSOLUTION AND INDEMNIFICATION FOR DEBTS ARISING OUT OF BUSINESS. |
| TIMOTHY STIRNEMAN<br>4820 THISTLE LANE<br>LAKE IN THE HILLS, IL 60156<br>    FORMER HUSBAND | 05/01/2010 | 0.00  DEBTOR HELD 50% OF THE SHARES OF T & A HOLDINGS, INC.  DEBTOR'S DECREE OF DIVORCE (05/01/2010) AWARDED HER INTEREST IN T & A HOLDINGS, INC. TO TIMOTHY STIRNEMAN.  DEBTOR HAS NEVER MADE AN ASSIGNMENT OF HER SHARES.  CONSIDERATION RECEIVED WAS A DECREE OF DISSOLUTION AND INDEMNIFICATION FOR DEBTS ARISING OUT OF BUSINESS. |
| TIMOTHY STIRNEMAN<br>4820 THISTLE LANE<br>LAKE IN THE HILLS, IL 60156<br>    FORMER HUSBAND | 05/01/2010 | 0.00  DEBTOR HELD 60% OF THE SHARES OF ALL SMILES DENTAL, P.C.  DEBTOR'S DECREE OF DIVORCE (05/01/2010) AWARDED HER INTEREST IN ALL SMILES, P.C. TO TIMOTHY STIRNEMAN.  DEBTOR HAS NEVER MADE AN ASSIGNMENT OF HER SHARES. CONSIDERATION RECEIVED WAS A DECREE OF DISSOLUTION AND INDEMNIFICATION FOR DEBTS ARISING OUT OF BUSINESS. |

None
☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None
☑    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None
☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None
☑    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None
☑    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

8

**18. Nature, location and name of business**

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☐       and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
        executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
        other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
        or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
        preceding the commencement of this case.

        *If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
        and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
        the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

        *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and
        beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
        equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **ALGONQUIN SMILES, P.C.** | **26-3947859** | **785 RANDALL ROAD ALGONQUIN, IL 60102** | **PROFESSIONAL CORPORATION INVOLVED IN THE PROVISION OF DENTAL SERVICES, DEBTOR OWNS 100%** | **12/28/2008** <br> **12/11/2010** |
| **ALL SMILES DENTAL, P.C.** | **36-4014154** | **1452 MERCHANT DRIVE ALGONQUIN, IL 60102** | **PROFESSIONAL CORPORATION INVOLVED IN THE PROVISION OF DENTAL SERVICES, DEBTOR OWNS 60%, TIMOTHY STIRNEMAN OWNS 40%** | **03/01/1995** <br> **03/01/2010** |
| **T & A HOLDINGS** | **20-5358332** | **1452 MERCHANT DRIVE ALGONQUIN, IL 60102** | **PROFESSIONAL CORPORATION, DEBTOR 50% SHAREHOLDER TIMOTHY STIRNEMAN 50% SHAREHOLDER** | **08/01/2006** <br> **05/01/2010** |
| **T & A LEASING** | **1452 MERCHANT D** | **ALGONQUIN, IL 60102** | **PROFESSIONAL CORPORATION, DEBTOR 50% SHAREHOLDER TIMOTHY STIRNEMAN 50% SHAREHOLDER** | **08/01/2006** <br> **05/01/2010** |

None    b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑       U.S.C. § 101.

        NAME                                              ADDRESS

## 19.  Books, records and financial statements

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept
❑       or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

**LAURA GOODMAN**                                            **2007 THRU 2008**
**2801 LAKESIDE DRIVE**
**3RD FLOOR**
**BANNOCKBURN, IL 690015**

**RICHARD A. MCDONALD, CPA**                                 **2009 TO THE PRESENT DATE**
**1121 EAST MAIN STREET**
**SUITE 110**
**ST CHARLES, IL 60174**

None    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited
☑       the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                              DATES SERVICES RENDERED

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
❑       and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

**RICHARD A. MCDONALD, CPA**                      **1121 E MAIN STREET**
                                                  **SUITE 110**
                                                  **ST. CHARLES, IL 60174**

**10**

None ☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **BANCO POPULAR**<br>**606 MILWAUKEE AVE.**<br>**PROSPECT HEIGHTS, IL 60070** | **03/28/2009** |
| **BANKERS HEALTHCARE GROUP, INC.**<br>**4875 VOLNTEER ROAD**<br>**SUITE 100**<br>**FT. LAUDERDALE, FL 33330** | **08/20/2009** |
| **DOCTORFUNDS.COM**<br>**5419 SHERIDAN ROAD**<br>**CHICAGO, IL 60640** | **03/28/2009** |
| **HENRY SCHIEN FINANCIAL GROUP, INC.**<br>**135 DURYEA ROAD**<br>**MELVILLE, NY 11747** | **03/28/2009** |
| **MATSCO**<br>**2000 POWELL STREET**<br>**4TH FLOOR**<br>**EMERYVILLE, CA 94608** | **03/28/2009** |
| **PROMED FINANCIAL**<br>**14742 NEWPORT AVE**<br>**SUITE 209**<br>**TUSTIN, CA 92780** | **03/28/2009** |
| **WELLS FARGO BANK, NA**<br>**121 S. MARKET STREET**<br>**6TH FLOOR**<br>**SAN JOSE, CA 95113-2209** | **05/30/2009** |

## 20. Inventories

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other<br>basis) |
|---|---|---|

None ☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

11

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| | | |

## 22.  Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| | | |

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| | | |

## 23.  Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

## 24.  Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| | |

## 25.  Pension Funds.

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| | |

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __12/10/2010__

Signature of Debtor  **s/ AUDREY MARIE SIM**

**AUDREY MARIE SIM**

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re _____**AUDREY MARIE SIM**_____,    Case No. _____
Debtor                                                        Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **CHARTER ONE BANK** | **DEBTOR HELD 60% OF THE SHARES OF ALL SMILES DENTAL, P.C.  DEBTOR'S DECREE OF DIVORCE (05/01/2010) AWARDED HER INTEREST IN ALL SMILES, P.C. TO TIMOTHY STIRNEMAN.. DEBTOR HAS NEVER MADE AN ASSIGNMENT OF HER SHARES.** |

Property will be *(check one)*:
☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt        ☑ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **DCVMC ASSOCIATION MANAGER** | **TIME SHARE INTEREST, SARATOGA SPRINGS RESORT, DISNEY WORLD, FL, DISNEY VACATION DEVELOPMENT, INC.**<br>**200 CELEBRATION PLACE**<br>**CELEBRATION, FL 34747**<br>**JOINTLY OWNED WITH TIMOTHY STIRNEMAN. DEBTOR'S DECREE OF DIVORCE (05/01/2010) TRANSFERRED HER INTEREST IN THIS PROPERTY TO TIMOTHY STIRNEMAN,  DEBTOR HAS NEVER EXECUTED AN ASSIGNMENT OF HER SHARES.** |

B 8 (Official Form 8) (12/08)                                                                                          Page 2

Property will be *(check one)*:
☑ Surrendered            ❑ Retained

If retaining the property, I intend to *(check at least one)*:
❑ Redeem the property
❑ Reaffirm the debt
❑ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
❑ Claimed as exempt            ☑ Not claimed as exempt

---

| Property No.  3 |
|---|

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **DELAGE FINANCIAL SERVICES, INC.** | **CREDITOR HOLDS A SECURED INTEREST IN PROPERTY USED BY DEBTOR IN FORMER DENTAL PRACTICE, DENTAL TOOLS, FIXTURES AND EQUIPMENT, OWNED BY ALL SMILES DENTAL, P.C.  AND LOCATED AT 1452 MERCHANT DRIVE, ALGONQUIN, IL.** |

Property will be *(check one)*:
☑ Surrendered            ❑ Retained

If retaining the property, I intend to *(check at least one)*:
❑ Redeem the property
❑ Reaffirm the debt
❑ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
❑ Claimed as exempt            ☑ Not claimed as exempt

---

| Property No.  4 |
|---|

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **LYONS FINANCIAL SERVICES INC. dba  US BA** | **CREDITOR HOLDS A SECURED INTEREST IN PROPERTY USED BY DEBTOR IN FORMER DENTAL PRACTICE, DENTAL TOOLS, FIXTURES AND EQUIPMENT, OWNED BY ALL SMILES DENTAL, P.C.  AND LOCATED AT 1452 MERCHANT DRIVE, ALGONQUIN, IL.** |

Property will be *(check one)*:
☑ Surrendered            ❑ Retained

If retaining the property, I intend to *(check at least one)*:
❑ Redeem the property
❑ Reaffirm the debt
❑ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                                    Page 3

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No.  5 | |
|---|---|
| **Creditor's Name:**<br><br>**MCHENRY COUNTY TREASURER** | **Describe Property Securing Debt:**<br><br>**DEBTOR'S RESIDENCE, 300 BUCKINGHAM DRIVE, ALGONQUIN, IL 60102**<br><br>**PIN# 19-29-377-010** |

Property will be *(check one)*:
- ☐ Surrendered            ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☑ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No.  6 | |
|---|---|
| **Creditor's Name:**<br><br>**MCHENRY COUNTY TREASURER** | **Describe Property Securing Debt:**<br><br>**PROPERTY TAXES ON 1452 MERCHANT DRIVE, ALGONQUIN, IL** |

Property will be *(check one)*:
- ☑ Surrendered            ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No.  7 | |
|---|---|
| **Creditor's Name:**<br><br>**OFC CAPITAL CORPORATION** | **Describe Property Securing Debt:**<br><br>**CREDITOR HOLDS A SECURED INTEREST IN A CEREC MACHINE OWNED BY ALL SMILES DENTAL, P.C.  AND LOCATED AT 1452 MERCHANT DRIVE, ALGONQUIN, IL.** |

B 8 (Official Form 8) (12/08)                                                                Page 4

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No.  8 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **ROYAL BANK AMERICA LEASING** | **CREDITOR HOLDS A SECURED INTEREST IN AUDIO VISUAL EQUIPMENT OWNED BY ALL SMILES DENTAL, P.C.  AND LOCATED AT 1452 MERCHANT DRIVE, ALGONQUIN, IL.** |

Property will be *(check one)*:
☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No.  9 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **TOYOTA FINANCIAL SERVICES** | **2009 TOYOTA RAV4** |

Property will be *(check one)*:
☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br><br>**US BANK HEALTHCARE FINANCE SERVICES** | **Describe Property Securing Debt:**<br><br>**CREDITOR HOLDS A SECURED INTEREST IN 11 SETS OF DENTAL CHAIRS OWNED BY ALL SMILES DENTAL, P.C.  AND LOCATED AT 1452 MERCHANT DRIVE, ALGONQUIN, IL.** |

Property will be *(check one)*:
- ☑ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br><br>**WELLS FARGO BANK, NA** | **Describe Property Securing Debt:**<br><br>**CREDITOR HOLDS A SECURED INTEREST IN ALL OF THE TOOLS, EQUIPMENT AND FIXTURES OWNED BY ALGONQUIN SMILES P.C., PROPERTY IS LOCATED AT 785 RANDALL ROAD, ALGONQUIN, IL** |

Property will be *(check one)*:
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br><br>**WELLS FARGO BANK, NA** | **Describe Property Securing Debt:**<br><br>**DEBTOR'S RESIDENCE, 300 BUCKINGHAM DRIVE, ALGONQUIN, IL 60102**<br><br>**PIN# 19-29-377-010** |

B 8 (Official Form 8) (12/08)

Property will be *(check one)*:
- ☐ Surrendered     ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt     ☑ Not claimed as exempt

---

| Property No. 13 | |
|---|---|
| **Creditor's Name:** <br><br> **WELLS FARGO HOME MORTGAGE** | **Describe Property Securing Debt:** <br><br> **DEBTOR'S RESIDENCE, 300 BUCKINGHAM DRIVE, ALGONQUIN, IL 60102** <br><br> **PIN# 19-29-377-010** |

Property will be *(check one)*:
- ☐ Surrendered     ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt     ☑ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br><br> **BLENNER INSURANCE** | **Describe Leased Property:** <br><br> **CONTRACT EDN0035167 ENTERED INTO ON 02/16/2009, EXPIRES 02/16/2012, MALPRACTICE INSURANE POLICY.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☑ YES     ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:** <br><br> **BLENNER INSURANCE** | **Describe Leased Property:** <br><br> **INSURANCE POLICY, BUILDING RISK, POPERTY AND UMBRELLA POLICY FOR ALGONQUIN SMILES, P.C.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☑ YES     ☐ NO |

B 8 (Official Form 8) (12/08)                                                                              Page 7

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**GREAT WEST LIFE INSURANCE** | **Describe Leased Property:**<br><br>**LIFE INSURANCE CONTRACT #372981, BEGINNING DATE 04/02/2009** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES      ☐ NO |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**KRES EQUITIES, LLC** | **Describe Leased Property:**<br><br>**COMMERCIAL LEASHOLD INTEREST IN 785 S. RANDALL ROAD OCCUPIED BY ALGONQUIN SMILES, P.C.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES      ☐ NO |

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**NICOR GAS** | **Describe Leased Property:**<br><br>**GAS SERVICE CONTRACT # 50659 FOR ALGONQUIN SMILES, P.C.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES      ☐ NO |

| Property No. 6 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**WASTE MANAGEMENT IL - NORTH** | **Describe Leased Property:**<br><br>**COMMERCIAL REFUSE CONTRACT FOR ALGONQUIN SMILES, P.C.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES      ☐ NO |

| Property No. 7 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**WELLS FARGO BANK, NA** | **Describe Leased Property:**<br><br>**CONTRACT FOR CREDIT PROCESSING TERMINAL USED BY ALGONQUIN SMILES, P.C.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES      ☐ NO |

| Property No. 8 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**BLUE CROSS BLUE SHIELD OF ILLINOIS** | **Describe Leased Property:**<br><br>**HEALTH INSURANCE POLICY** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES      ☐ NO |

| Property No. 9 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**STATE FARM INSURANCE** | **Describe Leased Property:**<br><br>**PROPERTY LOSS AND LIABILITY POLICY FOR DEBTOR'S RESIDENCE ADN 2009 TOYOTA RAV4** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES      ☐ NO |

B 8 (Official Form 8) (12/08)

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **12/10/2010**　　　　　　　　　　　　　　**s/ AUDREY MARIE SIM**

**AUDREY MARIE SIM**
Signature of Debtor

**Form B1, Exhibit C
(9/01)**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

### Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:   **AUDREY MARIE SIM**                                    Case No.:

                                                                  Chapter:   **7**

                        Debtor(s)

### Exhibit "C" to Voluntary Petition

    1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A** _____

_____

_____

_____

    2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A** _____

_____

_____

_____

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:    **AUDREY MARIE SIM**                                    Case No. _____

Chapter    **7** _____

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,750.00 |
| Prior to the filing of this statement I have received | $ | 1,750.00 |
| Balance Due | $ | 0.00 |

2.  The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
including:

a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
a petition in bankruptcy;

b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d)  [Other provisions as needed]
    **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

**None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **12/10/2010** _____

**/S/MATTHEW M. LITVAK** _____
**MATTHEW M. LITVAK, ESQ., Bar No.  6208529**

**LAW OFFICE OF MATTHEW M. LITVAK**
Attorney for Debtor(s)